**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL ETHRIDGE,<br><br>          Plaintiff,<br><br>vs.<br><br>DIRECTOR OF CORRECTIONS,<br>et al.,<br><br>          Defendants. | No. 2:06-CV-1337-RRB-CMK<br><br>**ORDER** |

       Plaintiff Carl Ethridge ("Plaintiff"), proceeding pro se, filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

       On September 7, 2006, Magistrate Judge Craig M. Kellison filed Findings & Recommendations (Docket 7) herein, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the same were to be filed within ten days. Plaintiff has not filed objections to the Findings & Recommendations.

ORDER DISMISSING PLAINTIFF'S ACTION - 1
2:06-CV-1337-RRB-CMK

1  The Court has reviewed the files and finds the Findings & Recommendations (Docket 7) to be supported by the record and by
2  proper analysis.
3  Accordingly, **IT IS HEREBY ORDERED** that:
4  1. The Findings & Recommendations at **Docket 7**, filed on
5  September 7, 2006, are adopted in full;
6  2. This matter is **DISMISSED**; and
7  3. The Clerk of Court is directed to enter judgment and
8  close this file.
9  **ENTERED** this 26th day of September, 2007.

                                       S/RALPH R. BEISTLINE
                                       UNITED STATES DISTRICT JUDGE

ORDER DISMISSING PLAINTIFF'S ACTION - 2
2:06-CV-1337-RRB-CMK